# Court of Appeals
# of the State of Georgia

ATLANTA,  March 27, 2026

*The Court of Appeals hereby passes the following order:*

**A26A0168. SHABAZZ v. THE STATE.**

Kwame Shabazz moves under Court of Appeals Rule 40(b) for a 30-day extension of time to file an application for discretionary appeal from the trial court's order revoking his probation. As required by Court of Appeals Rule 16(c), Shabazz makes his request prior to March 30, 2026, the date on which the period for filing his application expires. The motion is hereby GRANTED, and Shabazz has until April 29, 2026 to file an application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  03/27/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*